IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HOWARD C. TIMKEN, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. CIV-20-1064-C |
| ) | |
| RICK WHITTEN, ) | |
| ) | |
| Respondent. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Suzanne Mitchell on January 13, 2022. The Court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 29) of the Magistrate Judge is adopted and the petition for writ of habeas corpus is denied. A judgment shall enter accordingly.

IT IS SO ORDERED this 16th day of February 2022.

ROBIN J. CAUTHRON
United States District Judge